JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY VALENTINE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GENERAL NUTRITION CENTERS, INC., a corporation, dba GNC Live Well, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:09-CV-06106-SVW(JCx)<br><br>**JUDGMENT** |

This action was tried by a jury with the Hon. Stephen V. Wilson presiding, and the jury has rendered a verdict in favor of Defendant General Nutrition Centers, Inc., a corporation, dba GNC Live Well.  Pursuant to the jury verdict rendered on June 2, 2010 in this action, judgment is hereby entered in favor of Defendant General Nutrition Centers, Inc., a corporation, dba GNC Live Well.

Date: 6/16/10

_____
STEPHEN V. WILSON
U.S. DISTRICT JUDGE

11681771.1

JUDGMENT